IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TODD CRANDELL, and<br>MICHAEL D. SHELL,<br><br>Plaintiffs,<br><br>v.<br><br>GARY ARTHURS, ALEX STANCIOFF,<br>and MILEN MISHKOVSKY,<br><br>Defendants. | § § § § § § § § § § § § | 4:06CV166<br>(Judge Schneider/Judge Bush) |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced civil action, this Court having heretofore ordered this case be referred to the United States Magistrate Judge for all pretrial purposes.

The report of the United States Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Plaintiff's Motion to Remand, has been presented for consideration.

The Court having made a *de novo* review of the objections raised by Defendant thereto, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendant are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) is **GRANTED**. It is further

**ORDERED** that Plaintiffs' Motion for Leave to Amend Pleadings and Join Additional Defendants is **GRANTED**.

**SIGNED this 18th day of January, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE